FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHRYN R.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | NO: 2:17-CV-5105-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the parties' Stipulated Motion to Remand, ECF No. 20. Having reviewed the motion and the record, the Court finds good cause to remand this matter for further administrative proceedings. In addition, upon proper presentation, the Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Remand, **ECF No. 20**, is **GRANTED**.

2. On remand, the Administrative Law Judge will perform the following actions and issue a new decision:

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 1

    a. Reevaluate the medical opinions, including the opinion of Dr. Gonzalez;

    b. Reevaluate the claimant's subjective symptom testimony;

    c. Reevaluate the opinion of Mr. Lowe;

    d. Reevaluate the claimant's residual functional capacity;

    e. Determine the materiality of the claimant's abuse and alcoholism, as necessary;

    f. Reevaluate the step four and step five findings, as necessary.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** May 24, 2018.

                                *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
                                  United States District Judge