# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2018

SEAN F. McAVOY, CLERK

Kathryn Robinson

*Plaintiff*

v.

Commissioner of Social Security

*Defendant*

Civil Action No. 4:17-cv-05105-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Plaintiff, pursuant to the Order Granting Stipulated Motion to Remand, entered May 24, 2018, ECF No. 21.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion for stipulated remand.

Date: 5/24/18

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler

*(By) Deputy Clerk*

Shelly Koegler